<u>CRIMINAL CAUSE FOR ARRAIGNMENT</u>

<u>BEFORE: Bianco,J.</u>          <u>DATE: 5/4/2012</u>        <u>TIME: 3:30 p.m.</u>
                                                    <u>TIME IN COURT: 15 minutes</u>
<u>DOCKET NUMBER: CR 12-0298</u>

<u>TITLE: USA v. Craig Chillemi</u>

<u>DEFT NAME: Craig Chillemi</u>          DEFT: # 1
 <u>X</u> PRESENT ___NOT PRESENT      <u>X</u> IN CUSTODY ____ ON BAIL

<u>ATTY. FOR DEFT.:Neil Checkman</u>
 <u>X</u> PRESENT   <u>NOT PRESENT</u>                    <u>RET</u>       <u>C.J.A.</u>
                                            <u>X</u> FED. DEF. OF NY, INC.


<u>A.U.S.A. Lara Gatz</u>                   DEPUTY CLERK: <u>Michele Savona</u>

<u>COURT REPORTER:</u>   ___P. AUERBACH   ___E. COMBS   <u>X</u> P. LOMBARDI
 ___H. RAPAPORT    ___M. STEIGER   __D. TURSI   ___O. WICKER
 ___S. PICOZZI

<u>INTERPRETER:</u>

 <u>X</u>   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 <u>X</u>   FIRST APPEARANCE OF DEFENDANT.

 ____ DEFT(S) STATES TRUE NAME TO BE:_____

 <u>X</u>  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
       NOT GUILTY PLEA TO COUNTS_OF THE INDICTMENT.

 _____ WAIVER OF INDICTMENT EXECUTED.

 ____ CASE ADJOURNED TO

 ____ BAIL CONTINUED FOR DEFENDANT.

 <u>X</u>   DEFT. CONTINUED IN CUSTODY.

 <u>X</u>   ORDER OF DETENTION ENTERED.

 ____ BAIL SET AT _____

 ____ MOTIONS TO BE FILED BY_____

 ____ GOVERNMENT'S RESPONSE DUE_____

 ____ REPLY PAPERS, IF ANY, DUE_____

 <u>X</u>   SPEEDY TRIAL INFORMATION:
       CODE TYPE:  <u>X-</u>        START DATE:<u>5/4/2012</u> XSTRT
                              STOP DATE: <u>6/26/2012</u> XSTOP

 <u>X</u>  NEXT STATUS CONFERENCE SET FOR <u>6/26/12 at 1:30 p.m.</u>

 ____ OTHER:_____