111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com
www.checkmanlaw.com

## LAW OFFICES OF NEIL B. CHECKMAN

June 20, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 20 2012   ★

LONG ISLAND OFFICE

Hon. Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip. NY 11722-4449
**By Facsimile**

Re: **United States v. Craig Chillemi, et al.,**
**12 Cr. 298 (JFB)**

Dear Judge Bianco:

I am the attorney assigned pursuant to the Criminal Justice Act to represent Craig Chillemi on the above-referenced Indictment. I write to inform the Court that I am authorized to waive Speedy Trial time from the previously scheduled court appearance on June 26, 2012 at 1:30 p.m. until July 2, 2012, when we have re-scheduled the appearance for 10:00 a.m.

We thank the Court for its continued courtesy.

Very truly yours,

Neil B. Checkman

/NBC
cc: Mr. Craig Chillemi (B / regular mail)
    A.U.S.A. Lara Treinis Gatz (By e-mail)

THIS IS A TELECOPY FROM THE LAW OFFICES OF

## NEIL B. CHECKMAN, ESQ.
### 111 BROADWAY, Suite 1305
### NEW YORK, NEW YORK 10006
(212) 264-9940
FAX:   (212) 346-4665

Fax Number: _631- 712-5677_

Phone Number: _____

Date/Time: _6/20/12_

From: _Neil B. Checkman_

Message to: _Ms. Michele Savona Courtroom Deputy_

Client Name: _Craig Chillemi_

Firm: _Hon. Joseph F. Bianco_

No. of Pages (including cover) _2_

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.

[    ]   The original of the transmitted document will be sent by:

    [   ]   Ordinary Mail
    [   ]   Messenger    [   ] By Hand
    [   ]   Overnight Mail

[ ✓ ]   This will be the only form of transmittal.

Message:

_____
_____
_____
_____
_____

    If any difficulty is experienced with this transmission, please contact this office at (212) 264-9940.