```
                CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.
DATE: 7/2/12          TIME: 11:00 a.m.        Time in court:15 min.


DOCKET NUMBER:  CR 12-0298        TITLE: USA v. Craig Chillemi

DEFT NAME: Craig Chillemi                            DEFT: #
   PRESENT    NOT PRESENT    IN CUSTODY       ON BAIL

ATTY FOR DEFT: Neil Checkman
   X PRESENT       NOT PRESENT        RETAINED         C.J.A.
                                      FED. DEF. OF NY, INC.

DEFT NAME: Boris Chimitdorzhyev                      DEFT: #
   PRESENT    NOT PRESENT    IN CUSTODY       ON BAIL

ATTY FOR DEFT: Tracey Gaffey
   X PRESENT       NOT PRESENT        RETAINED         C.J.A.
                                      FED. DEF. OF NY, INC.


A.U.S.A.:Lara Gatz          DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH       E. COMBS       P. LOMBARDI
    H. RAPAPORT  X  M. STEIGER       D. TURSI        O. WICKER
    S. PICOZZI

OTHER

INTERPRETER:


 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

    CASE ADJOURNED TO                                    FOR

    MOTION CONFERENCE HELD ON                  'S MOTION TO


    ARGUMENT HEARD      MOTION GRANTED.     MOTION DENIED.
                          DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-          START DATE: 7/2/12   XSTRT
                           STOP DATE:  7/26/12  XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 7/26/12 at 2:00 p.m.

    DEFT. CONTINUED IN CUSTODY.

    JURY SELECTION & TRIAL SCHEDULED FOR

    MOTIONS TO BE MADE BY
```

____   **RESPONSE BY GOVERNMENT BY** _____

____   **REPLY IF ANY BY** _____

____   **HEARING SET FOR:** _____

____   **FINAL PRETRIAL CONFERENCE SET FOR** _____

Case 2:12-cr-00298-JFB   Document 22   Filed 07/02/12   Page 2 of 2 PageID #: 41