<u>CRIMINAL CAUSE FOR GUILTY PLEA</u>

<u>BEFORE JUDGE BIANCO,</u>

<u>DATE</u>:7/16/2012     <u>TIME</u>:1:00 p.m.     <u>TIME IN COURT</u>: 1 hr

<u>DOCKET NUMBER</u>: CR 12-0298     <u>TITLE</u>: USA v. Chillemi

<u>DEFT NAME</u>: Craig Chillemi     <u>DEFT</u>: # 1
 X  PRESENT ___ NOT PRESENT    X  IN CUSTODY ___ ON BAIL

<u>ATTY FOR DEFT</u>: Neil Checkman     ___ RETAINED    X  C.J.A.
 X  PRESENT     ___ NOT PRESENT    ___ FED. DEF. OF NY, INC.

<u>A.U.S.A.</u> Lara Gatz, James Knapp     <u>DEPUTY CLERK</u>: Jasmine Major

<u>REPORTER</u>: ___PERRY AUERBACH  ___ELLEN COMBS  ___PAUL LOMBARDI
___HARRY RAPAPORT  ___MARY ANN STEIGER  X  DOM TURSI  ___OWEN WICKER

<u>INTERPRETER</u>:

 X   CASE CALLED;

 X   COUNSEL FOR ALL SIDES PRESENT.

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INFORMATION, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

 X   DEFT (S) STATES TRUE NAME TO BE: Craig Chillemi

___  FIRST APPEARANCE OF DEFENDANT.

___  WAIVER OF INDICTMENT EXECUTED.

___  SUPERSEDING INDICTMENT FILED.

___  SUPERSEDING INFORMATION FILED.

___  DEFT(S) _____ ENTERS A GUILTY PLEA TO COUNT___ OF THE INFORMATION.

 X   DEFT(S) 1 WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1  OF THE INDICTMENT.

 X   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

_X_ SENTENCE DATE SET FOR 11/8/2012 AT 11:00 a.m.

_X_ PROBATION NOTIFIED.

___ BAIL STATUS CONTINUED FOR DEFT. _____.

_X_ DEFT. _____ CONTINUED IN CUSTODY.

___ BAIL SET AT _____

___ CASE ADJ'D TO _____

___ OTHER: _____
_____
_____